BRES

FILED

SEP - 1 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: JAMES F DEMES )
MARSHA A DEMES )   Case No. 13-21297
)
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of  JAMES F DEMES and MARSHA A DEMES , seeking payment of funds previously unclaimed by  JAMES F DEMES and MARSHA A DEMES  (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that  JAMES F DEMES and MARSHA A DEMES  is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 588.55 from the Treasury Registry                                                                                          to:

JAMES F DEMES and MARSHA A DEMES
11895 Autumn Sunset Way
Rancho Cordova, CA 95742

DATED: 1 Sept 2015

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)